| | |
|---|---|
| JOHN W. SPIEGEL (SBN: 78935)<br>ANJAN CHOUDHURY (SBN: 236039)<br>C. HUNTER HAYES (SBN: 295085)<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, California 90071<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 | DAVIDA P. BROOK (SBN: 275370)<br>VINEET BHATIA (pro hac vice admission forthcoming)<br>SUSMAN GODFREY LLP<br>1900 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 789-3100<br>Facsimile: (310) 789-3150 |

MARC WOLINSKY (pro hac vice admission forthcoming)
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000

Attorneys for Defendant
GREGORY BLATT

Attorneys for Defendants
IAC/INTERACTIVECORP and
MATCH GROUP. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSETTE PAMBAKIAN,<br><br>  Plaintiff,<br><br>  vs.<br><br>GREGORY BLATT,<br>IAC/INTERACTIVECORP and<br>MATCH GROUP, INC.,<br><br>  Defendants. | Case No. 19-7053<br><br>**PROOF OF SERVICE**<br><br>**(Removed from the Superior Court of the State of California, County of Los Angeles, Case No. 19STCV27416)**<br><br>Action Filed: August 5, 2019 |

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 350 South Grand Avenue, 50th Floor, Los Angeles, California 90071 and my business electronic notification address is karen.easton@mto.com.

On August 13, 2019, I served the foregoing documents described as:

- **NOTICE OF REMOVAL**
- **CIVIL COVER SHEET**
- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

on the parties in this action by placing true copies thereof enclosed in sealed envelope addressed to:

M. Elizabeth Graham, Esq.
Paige Alderson, Esq.
GRANT & EISENHOFER P.A.
101 California Street, Suite 2710
San Francisco, CA 94111

Telephone: (415) 365-9585
Email: egraham@gelaw.com
Email: palderson@gelaw.com

Attorneys for Plaintiff
ROSETTE PAMBAKIAN

BY MAIL: I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 13, 2019, at Los Angeles, California.

*/s/ Karen Easton*
Karen Easton