JOHN W. SPIEGEL (SBN: 78935)
ANJAN CHOUDHURY (SBN: 236039)
C. HUNTER HAYES (SBN: 295085)
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

MARC WOLINSKY (pro hac vice)
STEPHEN R. DIPRIMA (pro hac vice)
CARRIE M. REILLY (pro hac vice)
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York 10019
Telephone: (212) 403-1000
Fax: (212) 403-2000

Attorneys for Defendants
IAC/INTERACTIVECORP and MATCH GROUP. INC.

DAVIDA P. BROOK (SBN: 275370)
SUSMAN GODFREY LLP
1900 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

VINEET BHATIA (pro hac vice pending)
SUSMAN GODFREY LLP
1000 Louisiana St. 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Attorneys for Defendant
GREGORY BLATT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROSETTE PAMBAKIAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY BLATT, IAC/INTERACTIVECORP and MATCH GROUP, INC.,<br><br>　　　　Defendants. | Case No. 2:19-cv-07053-MWF(FFMx)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY LITIGATION**<br><br>Judge: Hon. Michael W. Fitzgerald<br>Ctrm.: 5A<br>Date: September 30, 2019<br>Time: 10:00 a.m. |

Defendants, by and through their attorneys, hereby respectfully request the Court to take judicial notice, pursuant to Federal Rules of Evidence, Rule 201(b), of the following documents:

1. Attached hereto as Exhibit A is a copy of a Complaint, publicly filed as Docket No. 1 in the action styled *Sean Rad et al. v. IAC/InterActiveCorp et al.*, Index No. 654038/2018, IAS Part 39 (Sup. Ct., N.Y. Cty.). The Court may take judicial notice of pleadings publicly filed in courts of other jurisdictions. *Yuen v. U.S. Stock Transfer Co.*, 966 F. Supp. 944, 945 n.1 (C.D. Cal. 1997).

2. Attached hereto as Exhibit B is a copy of a document titled Notice of Partial Discontinuance Without Prejudice, publicly filed as Docket No. 12 in the above-mentioned action titled *Rad v. IAC/InterActiveCorp*. *See id.*

DATED: August 28, 2019

MUNGER, TOLLES & OLSON LLP
   JOHN W. SPIEGEL
   ANJAN CHOUDHURY
   C. HUNTER HAYES

WACHTELL, LIPTON, ROSEN & KATZ
   MARC WOLINSKY
   STEPHEN R. DIPRIMA
   CARRIE M. REILLY

By: */s/ John W. Spiegel*
    JOHN W. SPIEGEL

Attorneys for Defendants
IAC/INTERACTIVECORP and MATCH GROUP, INC.

| | | |
|---|---|---|
| 1 | DATED:  August 28, 2019 | SUSMAN GODFREY LLP |
| 2 | | DAVIDA P. BROOK |
| | | VINEET BHATIA |

By: */s/ Davida P. Brook*
DAVIDA P. BROOK

Attorneys for Defendant
GREGORY BLATT

-3-
REQUEST FOR JUDICIAL NOTICE